# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

*Dallas Division*

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY - 3 2012

CLERK, U.S. DISTRICT COURT
By _____CTF_____
        Deputy

Linda K. McCrary
Plaintiff

v.

The Greenville Police Department and officials
Defendant

3:12-cv-00034-B
Civil Action No.

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.
2. Other material, if any.

copies of Plaintiff's proof of SSI income, child support payments and food stamp amount

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

Ray Jackson Law Firm, Dallas Texas and legal match.com

Date          04/28/2012

Signature     *Linda K. McCrary*

Print Name    Linda K. McCrary

Address       3209 Henderson street

City, State, Zip   Greenville, Texas 75401

Telephone     (972)232-9893