IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LINDA K. McCRARY,<br>    Plaintiff,<br><br>v.<br><br>THE GREENVILLE POLICE<br>DEPARTMENT, et al.,<br>    Defendants. | §<br>§<br>§   Civil Action No. 3:12-CV-00034-B (BF)<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Paul D. Stickney on the Motion to Dismiss of Defendants Joe Littlefield and Brandi Painter (collectively, "Defendants"). The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Plaintiffs' claims against Defendants are dismissed with prejudice.

**SO ORDERED** this 12th day of June, 2012.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE