**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| LINDA K. McCRARY, ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | No. 3:12-CV-00034-B |
| ) | |
| GREENVILLE POLICE DEPARTMENT and ) | |
| Officials, ) | |
|        Defendants. ) | |

## RECOMMENDATION REGARDING MOTION TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

Before the court is plaintiff's Motion for Leave to Proceed *In Forma Pauperis* on Appeal.

( )    The motion for leave to proceed *in forma pauperis* on appeal should be GRANTED. 28 U.S.C. § 1915.

( **X** )    The motion for leave to proceed *in forma pauperis* on appeal should be DENIED for the following reasons:
- ( )    The plaintiff is not a pauper.
- ( )    The plaintiff has not complied with the requirements of 28 U.S.C. § 1915(a)(1) or (a)(2). *See* Notice of Deficiency and Order filed on _____.
- ( **X** )    Pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24(a)(3), the court should certify that the appeal is not taken in good faith.

    **Although this appeal should be certified as not taken in good faith under 28 U.S.C. § 1915(a)(3) and FED. R. APP. P. 24(a)(3), the plaintiff may challenge this finding by filing a separate motion to proceed *in forma pauperis* on appeal with the Clerk of Court, U.S. Court of Appeals for the Fifth Circuit, within 30 days of this order.**

DATE: September 10, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE